01

02

03

04

05                                UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON

06                                    AT SEATTLE

07 UNITED STATES OF AMERICA,    **)**
                                **)**    CASE NO. MJ25-504

08       Plaintiff,                  **)**
                                  **)**

09       v.                            **)**
                                  **)**    DETENTION ORDER

10 DAVID ALLEN VICKERS,           **)**
                                  **)**

11       Defendant.              **)**
_____ **)**

12

13

Offenses charged:

14

    1.   Felon in Possession of a Firearm

15

Date of Detention Hearing:    August 14, 2025.

16

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and

17

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18

that no condition or combination of conditions which defendant can meet will reasonably assure

19

the appearance of defendant as required and the safety of other persons and the community.

20

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21

        1.       Defendant is alleged to have violated his pre-trial bond by deviating from his

22

DETENTION ORDER
PAGE -1

01  approved leave, failing to provide a UA, consuming methamphetamine, and removing his GPS

02  monitoring device. Defendant has an extensive criminal history over decades, involving more

03  than 50 felony convictions, including eluding and assault of police officers during an attempt

04  to escape.

05       2.      Defendant poses a danger to the community and risk of non appearance based

06  upon the alleged violations and his extensive criminal history, including convictions for eluding

07  and assault. There does not appear to be any condition or combination of conditions that will

08  ensure his appearance or address the danger to other persons or the community.

09  It is therefore ORDERED:

10  1.  Defendant shall be detained pending transfer to the Eastern District of Washington, and

11      committed to the custody of the Attorney General for confinement in a correction facility

12      separate, to the extent practicable, from persons awaiting or serving sentences or being held

13      in custody pending appeal;

14  2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

15  3.  On order of the United States or on request of an attorney for the Government, the person

16      in charge of the corrections facility in which defendant is confined shall deliver the

17      defendant to a United States Marshal for the purpose of an appearance in connection with a

18      court proceeding; and

19  4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

20  the defendant, to the United States Marshal, and to the United State Probation Services Officer.

21       DATED this 15th day of August, 2025.

22

DETENTION ORDER
PAGE -2

01

S. KATE VAUGHAN
United States Magistrate Judge

02

03

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3